UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASSOCIATION OF WOMEN WITH DISABILITIES ADVOCATING ACCESS, SUING ON BEHALF OF DELORES JACKSON AND ITS MEMBERS; and DELORES JACKSON, An Individual,<br><br>　　　　　　　Plaintiffs,<br>　　v.<br><br>JALAL SIMAAN AND SAAD D. KASSAB d.b.a. IBIS FOOD MARKET AND LIQUOR a.k.a. IBIS FOOD MART; AMBLER REVOCABLE TRUST 1966; And DOES 1 THROUGH 10, Inclusive<br><br>　　　　　　　Defendants. | Case No.: 06cv2246 BTM (WMc)<br><br>[PROPOSED] ORDER GRANTING THE MOTION FOR VOLUNTARY DISMISSAL AND DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY.<br><br>[Fed.R.Civ.P. Rule 41(a)(2)] |

**IT IS HEREBY ORDERED** pursuant to the Motion for Voluntary Dismissal Brought by Plaintiffs ASSOCIATION OF WOMEN WITH DISABILITIES ADVOCATING ACCESS, SUING ON BEHALF OF DELORES JACKSON AND ITS MEMBERS; and DELORES JACKSON, An Individual, through their respective attorneys of record that ALL Defendants are dismissed with prejudice from Plaintiffs' Complaint, Case Number: 06cv2246 BTM (WMc). Additionally, Plaintiffs' Complaint is dismissed with prejudice in its entirety.

　　　　　　　　　　　　　　　　　1　　Case Number: 06cv2246 BTM (WMc)

Document Date: May 2, 2007

1
2  **IT IS SO ORDERED.**
3  Dated: May 7, 2007
4                                                    _____
                                                      HONORABLE BARRY TED MOSKOWITZ
                                                      UNITED STATES DISTRICT COURT JUDGE
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28